UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASAD HAJUR BEY,

    **Plaintiff,**

v.                                              **CASE NO. 3:16-cv-1575-J-20JRK**

STATE OF FLORIDA,

    **Defendants.**

_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 10). The Report and Recommendation recommends the Application to Proceed in District Court Without Repaying Fees or Costs (Dkt. 2) be denied, and that this case be dismissed without prejudice.

No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is **ADOPTED**;

2. The Application to Proceed in District Court Without Repaying Fees or Costs (Dkt. 2) is **DENIED**;

3. The Amended Complaint (Dkt. 8) is **DISMISSED without prejudice**; and

4. The Clerk is **DIRECTED** to terminate the pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 19 day of July, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Asad Hajur Bey, Pro Se